### 3712.   Jones v. The State.

HILL, C. J.   The only ground in the motion for a new trial insisted on before this court relates to the sufficiency of the evidence; and, there being some evidence to support the verdict, it must stand.

*Judgment affirmed.*

DECIDED OCTOBER 23, 1911.

Indictment for larceny from house; from Campbell superior court—Judge Roan.   August 8, 1911.

*Lester C. Dickson,* for plaintiff in error.

*C. S. Reid, solicitor-general,* contra.

---

### 3716.   Braswell v. The State.

HILL, C. J.   The only question raised in this case is fully controlled by the repeated decisions of this court and of the Supreme Court to the effect that where it is proved that money was given to the accused to buy intoxicating liquor, and subsequently he delivered the liquor to the person who gave him the money with which to buy it, a prima facie case of guilt is established, and the burden is cast upon him to prove that he was not the seller, had no interest in the sale, and acted solely as the agent of the purchaser. *Holt* v. *State,* 7 *Ga. App.* 77 (66 S. E. 279); *Highsmith* v. *Waycross,* 7 *Ga. App.* 611 (67 S. E. 677), and cases there cited. Whether this burden is successfully carried is a question of fact to be determined by the jury. Where more than one transaction is proved by the State, this burden relates to all of them.

*Judgment affirmed.*

DECIDED OCTOBER 23, 1911.

Accusation of sale of liquor; from city court of Oglethorpe—Judge Greer.   August 8, 1911.

*Jere M. Moore,* for plaintiff in error.

*Jule Felton, solicitor,* contra.